IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN ROSEMBERT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-2826 |
| BOROUGH OF EAST LANSDOWNE, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 14th day of January, 2016, upon consideration of "Defendants Borough of East Lansdowne, Officer Paul McGrenera and Officer Jesse Hartnett's Motion for Summary Judgment" (Doc. No. 51), "Motion for Summary Judgment of Defendants, Borough of Yeadon and Officer Shawn Burns" (Doc. No. 53), "Defendants, Tina Selimis, Officer Albertoli, and Borough of Lansdowne's Motion for Summary Judgment" (Doc. No. 54), and Plaintiff's Response (Doc. No. 60), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motions for summary judgment are **GRANTED in part** and **DENIED in part** such that:

— Summary judgment is **DENIED** as to Count I (excessive force) against all Defendant police officers;

— Summary judgment is **GRANTED** as to Count I in favor of the Defendant Boroughs;

— Summary judgment is **GRANTED** as to Count III (Monell liability) in favor of the Defendant Boroughs;

— Summary judgment is **DENIED** as to Count V (assault and battery) against Officers McGrenera and Burns;

— Summary judgment is **GRANTED** as to Count VII (intentional infliction of emotional distress) in favor of all Defendants;

— Summary judgment premised on qualified immunity is **DENIED**.

It is further **ORDERED** that a teleconference will be held on **Thursday, January 21, 2016 at 2:30 p.m.** to discuss a trial schedule and other pretrial matters. Counsel for Plaintiff shall initiate the conference call with defense counsel prior to calling chambers.

                                  **BY THE COURT:**

                                  /s/ Mitchell S. Goldberg

                                  **MITCHELL S. GOLDBERG, J.**